# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS SANDOVAL,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF LOS ANGELES, LOS ANGELES SHERIFF'S DEPARTMENT, SHERIFF LEROY D. BACA, DEPUTY SHERIFF MICHAEL BARRAZA, and DOES 1 to 10,<br><br>Defendants. | CASE NO. CV 10-3690 DSF (JCGx)<br>*[Assigned to the Hon. Dale S. Fischer, Courtroom 840]*<br><br>~~(PROPOSED)~~ ORDER GRANTING STIPULATION FOR PROTECTIVE ORDER<br><br>NOTE CHANGES MADE BY THE COURT.<br><br>**Complaint Filed:** May 17, 2010<br>**TRIAL DATE:** November 29, 2011 |

The Parties' Stipulation and ~~[Proposed]~~ Protective Order have come before this Court.

The Court hereby grants the Parties' Stipulation for Protective Order precluding publication and limiting the use of documents and information identified herein which contain confidential and privileged information:

1. Information in Defendant DEPUTY MICHAEL BARRAZA's personnel file, including but not limited to job assignments and job performance evaluations, and information including citizen's complaints and/or complaints against DEPUTY

Collins Collins
Muir + Stewart LLP
1100 El Centro Street
So. Pasadena, CA 91030
Phone (626) 243-1100
Fax (626) 243-1111

SMW\C:\TEMP\NOTESFFF692\(PROPOSED) ORDER RE STIP FOR PROTECTIVE ORDER.DOC

1

(PROPOSED) ORDER GRANTING STIPULATION FOR PROTECTIVE ORDER

BARRAZA initiated by other law enforcement personnel, within the last five years which assert any of the following allegations: use of excessive force; dishonesty or lack of truthfulness; fabrication of probable cause or improper detention; and any information related to any COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT Internal Affairs Bureau investigation of the incident that is the subject of this litigation or which is contained in any file of such investigation.

2. Good cause exists for issuance of a protective order pursuant to Federal Rule of Civil Procedure Section 26(c) to facilitate the production of documents and information responsive to the discovery requests of Plaintiff LUIS SANDOVAL (hereinafter "PLAINTIFF") and to balance the privacy interests and protection of information of DEPUTY BARRAZA that is protected by California Evidence Code Section 1040 et seq. and the official information privilege (Sanchez v. City of Santa Ana, 936 F.2d 1027, 1033 (9th Cir. 1990)).

IT IS FURTHER STIPULATED THAT:

3. The information and/or documentation referred to in paragraph 1 above will be referred to collectively as the "CONFIDENTIAL INFORMATION." The Court orders that the CONFIDENTIAL INFORMATION be released to PLAINTIFF's counsel for purposes of litigation in this matter. The parties and their respective counsel hereby stipulate that the CONFIDENTIAL INFORMATION shall be used in this litigation as follows:

    a. CONFIDENTIAL INFORMATION and the information contained therein shall be used solely in connection with this litigation and the preparation of this case, or any related appellate proceeding, and not for any other purpose, including any other litigation or administrative proceedings. Further, PLAINTIFF's Counsel agrees that CONFIDENTIAL INFORMATION and the information contained therein shall not be disclosed to his client or his client's family;

Collins Collins Muir + Stewart LLP
1100 El Centro Street
So. Pasadena, CA 91030
Phone (626) 243-1100
Fax (626) 243-1111

SMW\C:\TEMP\NOTESFFF692\(PROPOSED) ORDER RE STIP FOR PROTECTIVE ORDER.DOC

2

(PROPOSED) ORDER GRANTING STIPULATION FOR PROTECTIVE ORDER

b. CONFIDENTIAL INFORMATION produced in this action may be designated by DEPUTY DEFENDANTS by marking each page of the document(s) designated with a stamp stating "CONFIDENTIAL" which shall be placed so as not to obliterate or obscure any words or information on the document;

c. In the event that any document marked "CONFIDENTIAL" is to be produced at trial then the party proposing to produce that document shall use a copy which has not been tampered with by being marked "CONFIDENTIAL." For this purpose, defendants shall produce to PLAINTIFF's Counsel unmarked copies of any documents which PLAINTIFF's Counsel advises will be required for production in evidence;

d. Under no circumstances shall the CONFIDENTIAL INFORMATION, or the information contained therein, be retained, compiled, stored, used as a database, or disseminated, in any form, except for purposes of this litigated matter in accordance with this Protective Order or by further order of the court;

e. DEPUTY DEFENDANTS reserve all objections, including but not limited to the following objections: on grounds that particular documents are CONFIDENTIAL by the attorney-client and/or the attorney work product doctrine; official information privilege; are not likely to lead to the discovery of admissible evidence, and as such are not relevant to the causes of action raised by this lawsuit under Federal Rules of Civil Procedure, Rule 26(a)(1)(A)(B); and all remedies under the code, including the right to recess the deposition to bring a protective order before the Court;

f. PLAINTIFF reserves all rights and remedies under the Federal Rules of Civil Procedure and the Federal Rules of Evidence

Collins Collins Muir + Stewart LLP
1100 El Centro Street
So. Pasadena, CA 91030
Phone (626) 243-1100
Fax (626) 243-1111

SMW\C:\TEMP\NOTESFFF692\(PROPOSED) ORDER RE STIP FOR PROTECTIVE ORDER.DOC

3

(PROPOSED) ORDER GRANTING STIPULATION FOR PROTECTIVE ORDER

pertaining to discovery;

 g. CONFIDENTIAL INFORMATION and the information contained therein may not be disclosed, except as set forth in paragraph 2(g) below;

 h. CONFIDENTIAL INFORMATION and the information contained therein may only be disclosed to the following persons:

  i. Counsel for PLAINTIFF.

  ii. Paralegal, law clerk, stenographic, clerical and secretarial personnel regularly employed by counsel referred to in paragraph 2(g)(i) above.

  iii. Court personnel, including stenographic reporters, necessary for the preparation and processing of this action.

  iv. Experts and investigators retained by plaintiff's counsel in this case and subject to the provision of notice in accordance with paragraph 4.

  v. Any individual approved by the Court.

 h. CONFIDENTIAL INFORMATION shall not be divulged to any other person or entities, including the print, radio, television media;

 i. CONFIDENTIAL INFORMATION shall not be posted on the internet or on any website;

 j. If CONFIDENTIAL INFORMATION is included in any papers to be filed in Court, ~~such papers shall be labeled "Confidential – Subject to Court Order" and filed under seal until further order of the Court~~ such papers shall be accompanied by an application, pursuant to Local Rule 79-5.1, to file the papers -- or the confidential portion thereof -- under seal. The application shall be directed to the judge to whom the papers are directed. Pending the ruling on the application, the papers or portions thereof subject to

Collins Collins Muir + Stewart LLP
1100 El Centro Street
So. Pasadena, CA 91030
Phone (626) 243-1100
Fax (626) 243-1111

SMW\C:\TEMP\NOTESFFF692\(PROPOSED) ORDER RE STIP FOR PROTECTIVE ORDER.DOC

4

(PROPOSED) ORDER GRANTING STIPULATION FOR PROTECTIVE ORDER

the sealing application shall be lodged under seal;

k. In the event that any of the CONFIDENTIAL INFORMATION is used in any Court proceeding in this action, it shall not lose its confidential status through such use, and the party using CONFIDENTIAL INFORMATION shall ~~take all reasonable steps to maintain its confidentiality~~ take up that matter with the judicial officer conducting the proceeding at the appropriate time and in the appropriate manner; and

l. Nothing in paragraph 2(c) is intended to prevent authorized government officials for the County of Los Angeles from having access to the documents if they had access in the normal course of their job duties;

4. PLAINTIFF, PLAINTIFF's Counsel, DEPUTY BARRAZA, and DEPUTY BARRAZA's Counsel shall cause the substance of this Protective Order to be communicated and obtain agreement to abide by the Protective Order to each person whom CONFIDENTIAL materials are revealed in accordance with this Order, and;

5. After completion of the judicial process in this case, including any appeals or other termination of this litigation, all CONFIDENTIAL INFORMATION received under the provisions of this Order and copies thereof shall be destroyed or returned to the attorneys of record for DEPUTY BARRAZA, Collins, Collins, Muir + Stewart, LLP, 1100 El Centro Street, South Pasadena, CA 91030. The provisions of this Order shall be in effect until further order of this Court.

6. That any counsel, expert or consultant retained in the instant case or investigator retained by counsel for any party to this case, shall not disclose the CONFIDENTIAL INFORMATION or the information contained therein in any other court proceeding subject to further order of this Court;

7. Provisions of this Order insofar as they restrict disclosure and the use of

Collins Collins Muir + Stewart LLP
1100 El Centro Street
So. Pasadena, CA 91030
Phone (626) 243-1100
Fax (626) 243-1111

SMW\C:\TEMP\NOTESFFF692\(PROPOSED) ORDER RE STIP FOR PROTECTIVE ORDER.DOC

5

(PROPOSED) ORDER GRANTING STIPULATION FOR PROTECTIVE ORDER

material shall be in effect until further order of this Court.

DATED: March 1, 2011

_____
Honorable Jay C. Gandhi
UNITED STATES MAGISTRATE JUDGE

6

**(PROPOSED) ORDER GRANTING STIPULATION FOR PROTECTIVE ORDER**