# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS SANDOVAL, et al., | CASE NUMBER |
| PLAINTIFF(S) | LA CV10-03690 JAK (JCGx) |
| v. | |
| COUNTY OF LOS ANGELES, et al., | **JUDGMENT ON THE VERDICT FOR DEFENDANTS** |
| DEFENDANT(S). | JS-6 |

This action having been tried before the Court sitting with a jury, the Honorable John A. Kronstadt, District Judge, presiding; the issues having been duly tried and the jury having duly rendered its verdict.

IT IS ORDERED AND ADJUDGED that the Plaintiff, Luis Sandoval take nothing; that the action be dismissed on the merits; and that the Defendants recover from Plaintiff, its costs of action, taxed in the sum of an amount to be determined upon the filing of the appropriate motion.                                          .

Clerk, U. S. District Court

Dated: May 29, 2012                    By     Andrea Keifer
                                                        Deputy Clerk

cc:     Counsel of record